UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Case No. 1:24-cr-482 |
| ) | |
| DICIOCCIO ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that attorney Jonathan Gross, who was admitted to this Court, hereby enters his appearance as counsel for Defendant ADRIENNA DICIOCCIO.

Dated: November 7, 2024

Respectfully Submitted,
/s/ Jonathan Gross
JONATHAN GROSS
Bar ID: MD 0126
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on November 7, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/ Jonathan Gross