# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:24-cr-482 |
| ) | |
| DICIOCCIO ) | |
| ) | |
| ) | |

## DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Adrienna DiCioccio requests that the Court modify her conditions of release to allow her to travel for the day with her father to Washington, D.C. to witness the inauguration of President Donald J. Trump in person. She only intends to visit Washington, D.C. for the day of January 20, 2025. She and her father will stay with a friend who lives in Virginia.

Ms. DiCioccio is released on her own recognizance and is not a flight risk or a danger to the community. She is permitted to travel, even out of state, with permission from her Probation Officer.

It would be especially meaningful for her to attend the inauguration as President Trump has indicated that he intends to pardon January 6 defendants like Ms. DiCioccio who are not accused of violence. This is one further reason to allow her to travel, as there is a substantial possibility that this case will be dismissed soon after the inauguration.

Counsel for Defendant conferred with the Government and the Government opposes the motion. Further, the Government represented that Ms. DiCioccio's probation officer also opposes this request.

1

For those reasons, Ms. DiCioccio respectfully requests that the Court order that her conditions be modified and issue such order before Friday, January 17, 2025, so that she has time to travel.

Dated: January 14, 2025,                                   Respectfully submitted

/s/ Jonathan Gross
Jonathan Gross
Bar ID MD0162
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

*Counsel for Adrienna*

2