UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ADRIENNA DICIOCCIO,**<br><br>Defendant. | **Case No. 1:24-CR-482** |

## ORDER

Pursuant to the Motion to Dismiss filed by the United States, it is hereby ordered that the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE